1
2
3
4
5              **UNITED STATES DISTRICT COURT**
6                    **DISTRICT OF NEVADA**
7
8    JOSE FLORENTINE CRUZ,                    2:12-cv-0682-LDG-RJJ
9              Plaintiff,
10   v.                                       ORDER
11   KNIGHT TRANSPORTATION, INC.,
12             Defendant.
13
14       After plaintiff's apparent failure to respond to written discovery requests, to appear for his
15   own deposition, to provide for a "HIPAA" medical release as ordered by the magistrate judge, and
16   to conduct any discovery on his own, defendant Knight Transportation, Inc., filed a motion to
17   dismiss (#34, opposition #38, reply #40).  On November 16, 2012, the magistrate judge granted
18   plaintiff's counsel's motion to withdraw and granted an emergency motion to continue discovery
19   (#42).
20       The court finds that plaintiff's discovery failures warrant sanction; however, given
21   plaintiff's current pro se status, and the undeveloped record regarding efforts to compel plaintiff's
22   compliance,
23       THE COURT HEREBY ORDERS that plaintiff shall have thirty (30) days from the entry
24   of this order in which to respond to defendant's written discovery requests, to comply with the
25   magistrate judge's order regarding the provision of the "HIPAA" medical release, and to contact
26

defendant's counsel with regard to dates for plaintiff's own deposition and the propounding of any of plaintiff's own discovery.

THE COURT FURTHER ORDERS that if plaintiff does not comply fully with this order, his complaint will be dismissed with prejudice.

THE COURT FURTHER ORDERS that the discovery plan and scheduling order deadlines are VACATED until further notice.

DATED this _____ day of March, 2013.

_____
Lloyd D. George
United States District Judge

2