# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JOSE FLORENTINE CRUZ, | 2:12-cv-0682-LDG-NJK |
| Plaintiff, | |
| v. | ORDER |
| KNIGHT TRANSPORTATION, INC., | |
| Defendant. | |

On March 4, 2013, the court entered an order (#46) requiring plaintiff to respond to defendant's discovery requests, to comply with the magistrate judge's order regarding the "HIPPA" medical release, and to contact defendant's counsel with regard to dates for plaintiff's deposition and the propounding of any of plaintiff's own discovery. In that order, the court cautioned plaintiff that if he did not fully comply, his complaint would be dismissed with prejudice.

On May 7, 2013, defendant filed its request for a court order dismissing plaintiff's complaint with prejudice for plaintiff's failure to comply with the court's March 4, 2013, order (#48). As of this date, plaintiff has not complied with the court's March 4, 2013, order, nor responded to defendant's request for order of dismissal. Accordingly, for plaintiff's failure to

/ / /

/ / /

1  comply with the orders of this court and pursuant to LR 7-2(d) (the failure to file points and
2  authorities in response to any motion shall constitute a consent to the granting of the motion),
3      THE COURT HEREBY ORDERS that this case is DISMISSED with prejudice.
4
5    DATED this __11__ day of June, 2013.
6
7                                            _____
8                                            Lloyd D. George
                                          United States District Judge